Certificate Number: 05781-GAN-DE-036379221

Bankruptcy Case Number: 22-51617



05781-GAN-DE-036379221

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2022, at 12:38 o'clock PM PST, Christian Washington completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   March 7, 2022             By:     /s/Allison M Geving

                                                  Name:   Allison M Geving

                                                  Title:    President