**United States Bankruptcy Court**
**Northern District of Georgia**

In re   Christian Lee Washington                                   Case No.   22-51617
                              Debtor(s)                            Chapter    7

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, __Christian Lee Washington__, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☒  I am unemployed; or

☐  I am self-employed; or

☐  My employer did not provide pay stubs.

☐  Other

_____
_____

Date  March 3, 2022                        Signature  /s/ Christian Washington (Mar 3, 2022 13:04 EST)
                                                      Christian Lee Washington
                                                      Debtor

# Statement Regarding Paystubs

Final Audit Report                                                                 2022-03-03

| | |
|---|---|
| Created: | 2022-03-03 |
| By: | UD UD (info@holstonandhuntley.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjajeytDi93R4vec2qzFodzD6dYcbrEMB |

## "Statement Regarding Paystubs" History

- Document created by UD UD (info@holstonandhuntley.net)
  2022-03-03 - 5:14:06 PM GMT- IP address: 96.93.167.161

- Document emailed to Christian Washington (cwashington624@me.com) for signature
  2022-03-03 - 5:14:42 PM GMT

- Email viewed by Christian Washington (cwashington624@me.com)
  2022-03-03 - 6:03:02 PM GMT- IP address: 172.225.249.169

- Document e-signed by Christian Washington (cwashington624@me.com)
  Signature Date: 2022-03-03 - 6:04:41 PM GMT - Time Source: server- IP address: 107.117.176.15

- Agreement completed.
  2022-03-03 - 6:04:41 PM GMT

Adobe Sign