Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 22-51617-JWC  
**Case Name:** WASHINGTON, CHRISTIAN LEE  
**For Period Ending:** 06/30/2022

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 02/28/2022 (f)  
**§ 341(a) Meeting Date:** 04/05/2022  
**Claims Bar Date:** 08/11/2022

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Computer, phone, tablet | 1,000.00 | 0.00 | | 0.00 | FA |
| 2 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: SunTrust | 437.20 | 0.00 | | 0.00 | FA |
| 5 | Savings: Suntrust | 550.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: Charles Schwab | 85.25 | 0.00 | | 0.00 | FA |
| 7 | One-Half interest in 3010 Clear View Lane, Snellville (u) Total property value of $307k with a $160k mortgage. Net value listed considers cost to sell and potential exemption. | 153,900.00 | 64,491.00 | | 0.00 | 153,900.00 |
| 8 | 2016 Lexus IS200T, 75084 miles (u) Added per amended schedules, Dkt # 13. | 18,204.00 | 4,076.45 | | 0.00 | 18,204.00 |
| 8 | **Assets Totals** (Excluding unknown values) | **$175,676.45** | **$68,567.45** | | **$0.00** | **$172,104.00** |

**Major Activities Affecting Case Closing:**

5/12/22 - Declared as an asset case. Claims bar date set for 8/11/22.

The Debtor co-owns the property at 3010 Clear View Lane, Snellville, GA 30078 with Soukenyna Diouf as of the bankruptcy petition filing.

6/30/22 - Trustee to approach debtor and Ms. Diouf after the claims bar date to discuss a possible settlement.

**Initial Projected Date Of Final Report (TFR):** 06/30/2024  
**Current Projected Date Of Final Report (TFR):** 06/30/2024